IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACQUELINE R. COUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:22-cv-00473 |
| | ) Judge Aleta A. Trauger |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, defendant Mutual of Omaha Insurance Company's Motion to Exclude Expert Testimony of Dr. William Grabenstein (Doc. No. 19) is **GRANTED IN PART AND DENIED IN PART**, and its Motion for Summary Judgment (Doc. No. 26) is **GRANTED** in its entirety.

This case is **DISMISSED WITH PREJUDICE**.

The Clerk shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge