UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Jacqueline R. Couch

                Plaintiff,

v.                              Case No.: 3:22−cv−00473

Mutual of Omaha Insurance Company

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/30/2023 re [44].

                                                  Lynda M. Hill
                                  s/ Aubrey L Frantz, Deputy Clerk